# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Benjamin Ernest Johnson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:19-cv-00083-MOC |
| | ) | 1:16-cr-00006-MOC-WCM |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 17, 2020 Order.

August 17, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court